IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Issac Abdi Hashi,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Michael Chertoff, Secretary of Department of Homeland Security; Katrina S. Kane, Field Office Director for Immigration and Customs Enforcement,<br><br>　　　　Respondents. | No. CIV 07-1283-PHX-FJM (DKD)<br><br>**REPORT AND RECOMMENDATION** |

TO THE HONORABLE FREDERICK J. MARTONE, U.S. DISTRICT JUDGE:

On June 28, 2007, Issac Abdi Hashi filed a petition for writ of habeas corpus, alleging that immigration officials are holding him in detention pending his removal to Somalia, but that his removal cannot be effected. In his petition, he argues that he is entitled to immediate release from custody because his indefinite detention with no prospect that his removal will be effected in the reasonably foreseeable future is not authorized by law. *See Zadvydas v. Davis*, 533 U.S. 678 (2001). The Court issued a Notice of Assignment on that date, a copy of which was mailed to Hashi, in which he was warned that failure to file a Notice of Change of Address would result in the case being dismissed (Doc. #2). On August 22, 2007, the Court ordered Respondents to answer the petition within 20 days of the date of service (Doc. #4). On August 28, 2007, a copy of the Court's August 22 Order sent to Hashi at the Service

1 Processing Center in Florence, Arizona was returned as undeliverable, "unable to
2 forward"(Doc. #6).

3 **IT IS THEREFORE RECOMMENDED** that Issac Abdi Hashi's petition for writ
4 of habeas corpus be **DISMISSED** (Doc. #1).

5 This recommendation is not an order that is immediately appealable to the Ninth
6 Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of
7 Appellate Procedure, should not be filed until entry of the district court's judgment. The
8 parties shall have ten days from the date of service of a copy of this recommendation within
9 which to file specific written objections with the Court. *See*, 28 U.S.C. § 636(b)(1); Rules
10 72, 6(a), 6(e), Federal Rules of Civil Procedure. Thereafter, the parties have ten days within
11 which to file a response to the objections. Failure timely to file objections to the Magistrate
12 Judge's Report and Recommendation may result in the acceptance of the Report and
13 Recommendation by the district court without further review. *See United States v. Reyna-*
14 *Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure timely to file objections to any factual
15 determinations of the Magistrate Judge will be considered a waiver of a party's right to
16 appellate review of the findings of fact in an order or judgment entered pursuant to the
17 Magistrate Judge's recommendation. *See* Rule 72, Federal Rules of Civil Procedure.

18 DATED this 11th day of September, 2007.

_____
David K. Duncan
United States Magistrate Judge

- 2 -