IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Issac Abdi Hashi, ) | No. CV-07-1283-PHX-FJM |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Michael Chertoff, et al., ) | |
| Respondents. ) | |

The court has before it petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1), and the report and recommendation of the United States Magistrate Judge (doc. 9). No objection to the report and recommendation was filed.

The court accepts the recommended decision of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b), Fed. R. Civ. P. Accordingly, **IT IS ORDERED DENYING** the petition for writ of habeas corpus (doc. 1). **IT IS FURTHER ORDERED DENYING** respondents' motion for extension of time as moot (doc. 10).

DATED this 1st day of October, 2007.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge